IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARTHA LENIHAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRUSTAGE FINANCIAL GROUP, INC., et al.,<br><br>　　　　Defendants, | CV 23-72-BU-KLD<br><br>ORDER |

　　　The parties have filed a Joint Stipulation to Dismiss this case with prejudice. (Doc. 69). Accordingly,

　　　IT IS ORDERED this case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

　　　DATED this 20th day of November, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1